# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2021

Bridget M. McCormack,
Chief Justice

162285

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC:  162285
                                   COA:  354122
                                   Wayne CC:  94-003647-FY

RAMON D. KING,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 13, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2021



p0519

                                 Clerk